# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 26, 2020

## NO. 03-18-00738-CV

**Kimberley Ann Gunnarson, Individually and as Co-Trustee of the Trusts Created Pursuant to the Terms of the Last Will and Testament of Ivar Leonard Gunnarson, Deceased, and Gunnarson Outdoor Advertising, Inc., Appellants**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
### AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE SMITH

This is an appeal from the Modified Order signed by the trial court on November 14, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's Modified Order. Therefore, the Court reverses the trial court's Modified Order to the extent it awarded Gunnarson $245,010 in compensation for the condemned real estate and fixtures. We affirm that order in all other respects and remand for further proceedings consistent with this opinion. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.